# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS PLANTILLAS, | NO. CV 08-1194 MMM (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: *MARCH 31*, 2009.

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE